```
                          United States Bankruptcy Court
                             Northern District of Ohio
In re:                                                          Case No. 19-40909-aih
Krystle Marie Horn                                              Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-4      User: kmigl             Page 1 of 1        Date Rcvd: Sep 12, 2019
                          Form ID: 132            Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db            +Krystle Marie Horn,    50 Cedars Place,    Youngstown, OH 44514-5846
26044527      +CBNA/EXXON mobile,    PO BOX 6497,    Sioux Falls, SD 57117-6497
26044528       CBNA/Sears,    PO BOX,    Sioux Falls, SD 57117
26044529      +CBNA/Shell,    PO BOX 6497,    Sioux Falls, SD 57117-6497
26044525      +Capital One,    Attn: General Correspondence/Bankru,    Po Box 3115,    Milwaukee, WI 53201-3115
26044530      +Chase Credit,    PO Box 15298,    Wilmington, DE 19850-5298
26044535      +Kia Motors Finance,    4000 Mcaaurthur Blve STE 1000,    Newport Beach, CA 92660-2544
26044537      +PHEAA/Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
26044539      +PMI Coachella Valley,    3775 El Dorado Blvd,    Palm Springs, CA 92262-2140
26044543      +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26044526      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2019 23:31:51      Capital One,
               Attn: General Correspondence/Bankru,    Po Box 30285,    Salt Lake City, UT 84130-0285
26044531      +E-mail/Text: defaultspecialty.us@bbva.com Sep 12 2019 23:24:33      Compass Bank,    PO Box 11830,
               Birmingham, AL 35202-1830
26045204      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 23:32:41
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
26044540      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 23:31:48      Synchrony Bank/JCP,
               Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
26044541      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 23:31:49      Synchrony Bank/JCP,
               Attn: Bankruptcy,    PO Box 965007,    Orlando, FL 32896-5007
26044542      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 23:32:33      Synchrony Bank/Walmart,
               Attn: Bankruptcy,    Po Box 965024,    Orlando, FL 32896-5024
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
26044532*     +Compass Bank,    PO Box 11830,    Birmingham, AL 35202-1830
26044533*     +Compass Bank,    PO Box 11830,    Birmingham, AL 35202-1830
26044534*     +Compass Bank,    PO Box 11830,    Birmingham, AL 35202-1830
26044536*     +Kia Motors Finance,    4000 Mcaaurthur Blve STE 1000,    Newport Beach, CA 92660-2544
26044538*     +PHEAA/Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
                                                                                    TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              Andrew W. Suhar    asuhar@suharlaw.com,
               oh36@ecfcbis.com;aws@trustesolutions.com;mstewart@suharlaw.com;AWS@trustesolutions.net;trustee@su
               harlaw.com
              Billi F. Copeland    on behalf of Debtor Krystle Marie Horn info@billicopeland.com,
               attorneycopeland@me.com;copelandkingbr40030@notify.bestcase.com
                                                                                             TOTAL: 2
```

Northern District Of Ohio
U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 19−40909−aih**

**In re:**
   Krystle Marie Horn
   50 Cedars Place
   Youngstown, OH 44514

**Social Security No.:**
   xxx−xx−5446

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form B423, Certification About a Financial Management Course.

**Dated:** September 12, 2019                  For the Court
Form ohnb132                                                           Josiah C. Sell (Acting), Clerk