IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (YOUNGSTOWN)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 7 CASE NO. 19-40909 |
| **KRYSTLE MARIE HORN,** | JUDGE: ARTHUR I. HARRIS |
| *Debtor.* | NOTICE OF DEBTOR'S MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE |

NOTICE OF DEBTOR'S MOTION
TO REOPEN CHAPTER 7 BANKRUPTCY CASE

Debtor Krystal Marie Horn has filed a motion to reopen the above-referenced bankruptcy.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to authorize the motion, or if you want the Court to consider your views on the motion, then on or before November 1, 2019, you or your attorney must:

Clerk of Courts, U.S. Bankruptcy Court
Nathaniel R. Jones Federal Building & U.S. Courthouse
10 East Commerce Street
Youngstown, Ohio 44503-1621

If you mail your request/response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to:

Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312

If you or your attorney do not take these steps, then the Court may decide that you do not oppose the motion and may enter an order granting the motion.

## NOTICE

No hearing shall be held on the foregoing motion, and the same shall be granted without a hearing unless a party in interest files with the Court a written request for a hearing within 21 days and serves a copy of the said hearing request upon the attorney for the Debtor. 11 U.S.C. § 102(1)(b).

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Office: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Co-counsel for Debtor*

# CERTIFICATE OF SERVICE

I certify that on October 10, 2019, a true and correct copy of the foregoing *Notice of Debtor's Motion to Reopen Chapter 7 Bankruptcy Case* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    The U.S. Trustee

    Trustee Andrew W. Suhar at <asuhar@suharlaw.com>

    Rebecca J. Sremack on behalf of Debtor Krystle Marie Horn at <rebecca@sremacklaw.com>

    Billi F. Copeland King on behalf of Debtor Krystle Marie Horn at <attorneycopeland@me.com>

And by regular U.S. mail, postage prepaid, upon the following:

Capital One
Attn: General Correspondence/ Bankruptcy
Po Box 3115
Milwaukee, WI 53201

Capital One
Attn: General Correspondence/ Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

CBNA/EXXON mobile
PO BOX 6497
Sioux Falls, SD 57117

CBNA/Sears
PO BOX
Sioux Falls, SD 57117

CBNA/Shell
PO BOX 6497
Sioux Falls, SD 57117

Chase Credit
PO Box 15298
Wilmington, DE 19850

Compass Bank
PO Box 11830
Birmingham, AL 35202

Kia Motors Finance
4000 Mcaaurthur Blve STE 1000
Newport Beach, CA 92660

PHEAA/Fed Loan Servicing
PO Box 60610
Harrisburg, PA 17106

PMI Coachella Valley
3775 El Dorado Blvd
Palm Springs, CA 92262

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Synchrony Bank/JCP
Attn: Bankruptcy
PO Box 965007
Orlando, FL 32896

Synchrony Bank/JCP

Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy

Po Box 965024
Orlando, FL 32896

TD Bank USA/Target Credit
PO Box 673
Minneapolis, MN 55440

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Co-counsel for Debtor*