The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 14, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: November 14, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40909 |
| | ) | |
| KRYSTLE MARIE HORN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | **ORDER GRANTING MOTION OF** |
| | ) | **DEBTOR TO REOPEN BANKRUPTCY** |
| | ) | **CASE AND GRANTING DEBTOR** |
| | ) | **PERMISSION TO FILE PERSONAL** |
| | ) | **FINANCIAL MANAGEMENT COURSE** |
| | ) | **CERTIFICATE** |

This matter came before the Court on the Motion of Debtor Krystle Marie Horn to reopen the bankruptcy case for purposes of uploading the personal financial management course certificate (Docket 14).

The Court finds that good cause for granting the Motion exists. The Court finds that the Chapter 7 Trustee and all creditors in this matter were served with the motion and notice of the Motion with an appropriate objection period. No party filed a response or otherwise appeared in opposition to the Motion. For these reasons, it is appropriate to grant the relief requested.

Therefore, it is hereby ORDERED that the Motion is granted and the bankruptcy case is hereby reopened. Further, it is hereby ORDERED that the Debtor is permitted to file the personal financial management course certificate.

# # #

SUBMITTED BY:

/s/ Rebecca J. Sremack

Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Office: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Co-counsel for Debtor*